BOCKOVEN v. MAYOR, ETC., OF CITY OF NEW YORK. (Circuit Court of Appeals, Second Circuit. November 21, 1896.) Appeal from the Circuit

Court of the United States for the Southern District of New York. Hyland & Zabriskie, for appellant. Francis M. Scott, Corp. Counsel, for appellee. Dismissed, pursuant to the sixteenth rule, for failure to docket.